IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:02CR86 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| MOISES FLORES SANDOVAL, | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with the Memorandum and Order filed on this date,

IT IS ORDERED:

1. Defendant's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a person in Federal Custody" (Filing No. 139) is summarily dismissed;

2. The Clerk is directed to mail a copy of this Judgment to the Defendant at his last known address.

DATED this 9th day of December, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge